IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01125-OES

VERNEST M. JONES,

    Plaintiff,

v.

ARVADA POLICE DEPARTMENT CHIEF OF POLICE NAME UNKNOWN,
COLORADO DEPARTMEN [sic] OF CORRECTION[S],
JOE ORTIZ, and
COLORADO BOARD OF PAROLE ALLAN F. STANLEY,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 8 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

On June 16, 2005, this Court entered an order directing Plaintiff Vernest M. Jones to cure certain enumerated deficiencies in the case within thirty days. At the time Mr. Jones initiated the instant action he was in the custody of the Colorado Department of Corrections and was incarcerated at the Sterling, Colorado, Correctional Facility. Although Mr. Jones was a prisoner when he initiated this action, he apparently has since been released from custody. On June 21, 2005, the June 16 order to cure was returned to the Court in an envelope marked "RTS," "Returned to Sender," and "Paroled." On June 30, 2005, Mr. Jones submitted a change of address.

Mr. Jones' continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. **See Whitney v. New Mexico**, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); **see also**

*McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Jones will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that Mr. Jones submit **within thirty (30) days from the date of this order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the amended motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Jones, together with a copy of this order, two copies of the following form for use in submitting the amended motion: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if Mr. Jones fails to submit **within thirty (30) days from the date of this order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or to pay the $250.00 filing fee, the action will be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that the motion filed on June 16, 2005, for the appointment of conflict-free counsel is denied as premature.

DATED at Denver, Colorado, this __8__ day of __July__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01126-OES

Vernest M. Jones
699 Elkheart
Aurora, CO 80011

 I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 7/8/05

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk