IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01125-ZLW

VERNEST M. JONES,

      Plaintiff,

v.

ARVADA POLICE DEPARTMENT CHIEF OF POLICE NAME UNKNOWN,
COLORADO DEPARTMEN [sic] OF CORRECTION[S],
JOE ORTIZ, and
COLORADO BOARD OF PAROLE ALLAN F. STANLEY,

      Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This case was dismissed in an order filed on August 18, 2005. Therefore, Plaintiff's motion for discovery filed on August 26, 2005, is DENIED as moot. The clerk of the Court is directed to treat Plaintiff's motion to notify court of change of address as a notice of change of address and not as a motion.

Dated: August 29, 2005

Copies of this Minute Order mailed on August 29, 2005, to the following:

Vernest M. Jones
Prisoner No. 98313
DRDC
PO Box 392004
Denver, CO 80239-8004

                                      Secretary/Deputy Clerk